■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT CARLO, Appellant. [44 NYS3d 906]—

Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), rendered September 10, 2014, which adjudicated defendant a level two sexually violent sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion in declining to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]), in light of the seriousness of the underlying sex crime, committed with the use of force on a related minor, and defendant's prior criminal history, which includes a violent felony conviction. Defendant failed to elaborate on his medical

conditions or present any detailed evidence to suggest that a level two adjudication overassesses his dangerousness and risk of sexual recidivism (*id.* at 861). We have considered and rejected defendant's remaining arguments for a downward departure. Concur—Acosta, J.P., Mazzarelli, Feinman and Webber, JJ.